| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Christopher Rawsthorne<br>Task Force Officer: D'Von Snead | Telephone: (313) 226-9100<br>Telephone: (313) 965-2323 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Mitchell Edward Fisher

Case No. Case: 2:23−mj−30110
Assigned To : Unassigned
Assign. Date : 3/15/2023
Description: COMP USA V. FISHER (KB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  2/2/2022, 2/4/2022, and February 2023  in the county of  Oakland and elsewhere  in the  Eastern  District of  Michigan , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Transportation of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

D'Von E. Snead, Task Force Officer (FBI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: March 15, 2023

_____
Judge's signature

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, D'Von E. Snead, having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION

1. I have been employed as a Task Force Officer of the Federal Bureau of Investigation (FBI) since January 2022 and a Michigan State Police Trooper since January 2018. I am currently assigned to the FBI Detroit Division, Southeast Michigan Trafficking and Exploitation Crimes Task Force (SEMTEC), and the Michigan State Police, Computer Crimes Unit, Internet Crimes Against Children Task Force. While employed by the FBI as a Task Force Officer (TFO) and the Michigan State Police as a Detective/Trooper/Specialist (D/Tpr/Spl), I have investigated State and Federal criminal violations related to cybercrimes, primarily in online child exploitation and child pornography.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Mitchell Edward Fisher** (date of birth \*\*/\*\*/1985) for violations of 18 U.S.C. § 2252A(a)(1) - transportation of child pornography, and 18 U.S.C. § 2252A(a)(5)(B) - possession of child pornography.

3. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this, and other investigations that I have received, directly or indirectly, from other

law enforcement agents, including local law enforcement agencies, information gathered from investigative sources of information, and my experience, training, and background as a Detective/Trooper/Specialist and Task Force Officer. The facts set forth establish probable cause that **Mitchell Edward Fisher** (FISHER) has violated 18 U.S.C. § 2252A(a)(1) and 18 U.S.C. § 2252A(a)(5)(B).

## PROBABLE CAUSE

4. In February 2023, the Michigan State Police (MSP), Internet Crimes Against Children Task Force (ICAC TF), was contacted by Ford Motor Company with information that they received an anonymous tip divulging a Ford Motor Company employee possessed child pornography on a Ford Motor Company laptop and cellphone. The anonymous complainant identified the Ford Motor Company employee as Mitchell Fisher.

5. As a result of the anonymous complaint, Ford Motor Company began an internal investigation (report #NA23-2672080).

6. Ford Motor Company's Digital Forensic Service Analysts (DFSA) obtained a comprehensive investigation report from Mitchell Fisher's (MFISHXXX) assigned laptop.

7. After the DFSA reviewed the downloaded data/information from FISHER's assigned laptop, child pornography and numerous "inappropriate/pornographic URLs" were found. Ford Motor Company reported the

findings to the MSP ICAC TF and provided a copy of the investigative data.

8. Below are descriptions of the observed child pornography:

- **Filename: 67-******_1**; The first video depicts a Caucasian prepubescent female who is observed as nude from the waist down. She is wearing a white shirt with what appears to be dogs printed on the front. It appears that the girl is recording herself from the point of view (POV) shown in the video. The video begins with the girl laying on what appears to be a bed with the camera flipped upside down and showing the vagina and inner thighs of the female. The camera is then flipped right side up while still showing the vagina and inner thighs of the female. At approximately 19 seconds, the video begins to show the anus and buttocks of the female before showing her face. She has blond hair and is wearing purple-rimmed glasses. There appears to be a stuffed animal (orange and black tiger) behind her head. At the 2-minute mark, the prepubescent female can be heard saying, "I only have two hands. I don't have a million hands to show you". While she is saying that she is showing her vagina, inner thighs, anus, and buttocks on video while rubbing her vagina. She also slightly inserts her finger in her vagina. The remainder of the video continues showing the genitalia of the prepubescent female.

- **File Name: 102-******;** The second video depicts the same prepubescent girl described in the first video. This video begins with her sitting on her knees on what appears to be a bed and is clothed down to her waist, but her buttocks are exposed while her underwear is halfway down her thighs. Her face is not visible at the start of the video, but she can be heard humming. She then positions herself so that she is resting on her knees and hands while exposing her buttocks, anus, vagina, and inner thighs to the camera. She is not holding the camera at this time; however, the camera is propped to face the bed where she is nude while exposing her genitalia. She can be heard saying, "like that?" as if she is being coached to pose in this way. She is then observed holding a marker in her hand and reaching back to rub the marker on her buttocks and vagina. She is then heard saying, "if I can do 100,000 likes or diamonds, I will do anything you guys want".

3

>In the remainder of the video, the prepubescent girl can be seen showing her genitalia.

9. Ford Motor Company provided IP logs for both Ford's VPN login and the Office 365 logins for username MXXXX93@ford.com. The Source IP for the Office 365 logins was primarily 76.122.XXX.XX.

10. Ford Motor Company provided the following employee information:

| | |
|---|---|
| Name: | Mitchell Fisher |
| Email ID: | mXXXXX93@ford.com |
| Work Location: | Central Laboratory; 15000 Century Drive, Dearborn, MI, 48120 |
| Home Address: | **** XXXXXXXX Rd., Commerce Township, MI, 48390 |

11. I was contacted by the MSP ICAC TF on or about February 24, 2023 and was made aware of this investigation. MSP ICAC TF provided all the above information obtained from Ford Motor Company.

12. Using open-source software applications, and the IP address provided by Ford Motor Company, it was determined that the IP Address 76.122.XXX.XX belongs to Comcast Cable Communications.

13. On February 27, 2023, I submitted an administrative subpoena to Comcast Cable Communications regarding IP Address 76.122.XXX.XX, which is the IP Address associated with the IP logs for both Ford's VPN login and the Office 365 logins for FISHER's company laptop (username MXXXX93@ford.com). The administrative subpoena requested the customer/subscriber's name, address of

4

service, length of service, and billing address.

14. On March 06, 2023, Comcast Cable Communication identified the customer/subscriber as MITCHELL FISHER with the billing address of **** XXXXXXXX Road, Commerce Township, 48390.

15. Using open-source software, T-Mobile was identified as the service provider for the telephone number associated with FISHER's Comcast account.

16. On March 7, 2023, an administrative subpoena was served upon T-Mobile requesting the customer/subscriber's name, address of service, length of service, and billing address for the telephone number, XXX-715-XXXX.

17. On March 8, 2023, T-Mobile identified the customer/subscriber for telephone number, XXX-715-XXXX, as MITCHELL FISHER with the billing address of **** XXXXXXXX RD, COMMERCE TOWNSHIP, MI 48390.

18. On March 13, 2023, a search warrant for FISHER's Commerce Township residence and his person was generated and signed/authorized by Oakland County 52-1 District Court Magistrate Judge Victor Zanolli.

19. On March 14, 2023, members of the FBI Southeast Michigan Trafficking and Exploitation Crimes (SEMTEC) task force executed the residential search warrant for FISHER's Commerce Township residence. FISHER was not present at the time the warrant was executed.

5

20. A calendar was observed inside the home showing that FISHER may have been traveling to Florida. FISHER was identified at the Detroit Wayne County Metropolitan Airport. FISHER was detained at the airport.

21. A cooperating witness, whose identity is known to law enforcement, disclosed that they have previously observed child pornography on FISHER's cellphone/devices and knew that it would eventually result in law enforcement contacting/investigating FISHER. Furthermore, the cooperating witness stated that they were aware that FISHER uses his company laptop/cellphone and personal devices to view child pornography.

22. On March 15, 2023, I discovered FISHER's known phone number, XXX-715-XXXX, and known Ford Motor Company email address, MXXXX93@Ford.com, are associated with at least five National Center for Missing and Exploited Children (NCMEC) CyberTip reports, that were reported to NCMEC by Google LLC.

23. The NCMEC CyberTips reported that between the dates of February 2, 2022, and February 4, 2022, a Google account identified by Google as, MitchellFisherXX@gmail.com uploaded multiple images/videos of child pornography. Google included the images/videos within the submitted CyberTip. I observed several of the images/videos and due to my training and experience, I believe that the images meet the federal definition of child pornography as defined

in 18 U.S.C. § 2256. When FISHER uploaded these images to his Google account, he used the internet, a means and facility of interstate commerce, to transport child pornography.

24.    Google LLC also provided the following information regarding the above-mentioned CyberTips:

|  |  |
|---|---|
| Name: | Mitchell Fisher |
| Mobile Phone: | XXX-715-XXXX (Verified) |
| Date of Birth: | XX-XX-1985 |
| Email Address: | MitchellFisherXX@gmail.com (Verified) |
| Email Address: | mXXXX93@ford.com |

## CONCLUSION

25.    Probable cause exists that **MITCHELL EDWARD FISHER** violated 18 U.S.C. §§ 2252A(a)(1) and 2252A(a)(5)(B).

Respectfully submitted,

_____
D'Von E. Snead, Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

Date:   March 15, 2023